UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE A SMITH,

    *Plaintiff,*

v.                                              CASE NO. 1:15-cv-00202-MP-GRJ

JANE DOE, DR. SOLARZANO-PALLAIS,

    *Defendants.*

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 21, 2016. (ECF No. 41). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff filed objections to the Report and Recommendation at ECF No. 42, to which the defendants responded. ECF No. 43. Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

The Court agrees with the Magistrate Judge that, viewing the evidence in the light most favorable to the Plaintiff, the evidence shows that even if Dr. Solorzano-Pallais had subjective knowledge of a serious risk of harm to

Plaintiff and disregarded that risk, Dr. Solorzano-Pallais did not do so by conduct that equates to more than gross negligence. The Court also agrees that, even if the evidence demonstrates that Dr. Solorzano-Pallais was negligent in providing treatment, such does not constitute an Eighth Amendment violation.  Accordingly,

IT IS ORDERED:

1. The Report and Recommendation of the Magistrate Judge, ECF No. 41, is accepted and incorporated herein;

2. Plaintiff's motion for summary judgment, ECF No. 18, is DENIED; and

3. Dr. Solorzano-Pallais' motion for summary judgment, ECF No. 31, is GRANTED.

4.  The Clerk is directed to enter final judgment in favor of the Defendants and to close the file.

**SO ORDERED on September 8, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**